**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00558-CMA-MEH

CORNELLA BROTHERS, INC., a Colorado corporation,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation, and
VELOCITY CONSTRUCTORS, INC., a Colorado corporation,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANT AND AMENDING CAPTION**

---

    This matter is before the Court on the parties' Stipulation for Dismissal of Velocity Constructors, Inc. as a Defendant (Doc. # 41).  The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Velocity Constructors, Inc. Is hereby DISMISSED.  It is

    FURTHER ORDERED that each party shall pay its own attorney fees and costs.  It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Velocity Constructors, Inc. as a Defendant in this case.

    DATED:  November __04__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge